UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAN NGUYEN,<br><br>        Plaintiff,<br><br>    v.<br><br>ITAY SNOF, et al.,<br><br>        Defendants. | No.  2:25-cv-1408 DJC SCR<br><br><br>ORDER |

Plaintiff is proceeding pro se in this matter, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On May 30, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 15.  Plaintiff has filed objections to the findings and recommendations. ECF No. 16.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed May 30, 2025, are adopted in full;

    2.  Plaintiff's complaint is DISMISSED without leave to amend;

3. All remaining motions are DENIED as moot and for lack of jurisdiction; and

4. The Clerk is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated:   **July 11, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2